UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE M. V. RODRIGUES, )<br>)<br>Petitioner )<br>)<br>v. )<br>)<br>JOSEPH F. MCDONOUGH, SHERIFF, )<br>PLYMOUTH COUNTY, )<br>)<br>Respondent ) | Civil Action No.<br>04CV10415-WGY |

RESPONDENT'S NOTICE OF INTENT TO EXECUTE REMOVAL ORDER

Respondent[1] hereby informs the Court of its intention to execute the final order of removal against petitioner **on March 17, 2004**.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114
(617) 565-2415

---

[1] As of a DHS restructuring effective June 9, 2003, the responsive successor official of the Department of Homeland Security having control of petitioner's immigration custody in the instant action is Bruce Chadbourne, Interim Field Director for Detention and Removal, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts.

## CERTIFICATE OF SERVICE

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail on March 10, 2004.

_____
FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114