UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: <u>04-10415-WGY</u>

RODRIGUES
Plaintiff

v.

MCDONOUGH
Defendant

ORDER OF DISMISSAL

<u>YOUNG,C.J.</u>

After a ruling on    MARCH 19, 2004    ,this Court Orders that Defendant's Motion to Dismiss is Allowed and the above entitled action be and hereby is Dismissed as Moot.

Tony Anastas
Clerk

By:  /s/ Elizabeth Smith
     _____
Deputy Clerk

March 19, 2004

Notice mailed to counsel of record.